**Electronically Filed**
**Intermediate Court of Appeals**
**29178**
**05-JAN-2012**
**09:49 AM**

NO. 29178

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

NANCY OLIPARES, Plaintiff-Appellee,
v.
THE CITY AND COUNTY OF HONOLULU, Defendant-Appellant,
and
DOE DEFENDANTS 1-25, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 05-1-1721)

ORDER APPROVING STIPULATION FOR DISMISSAL
<u>WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES</u>
(By: Ginoza, J.[1])

Upon review of the Stipulation for Dismissal with Prejudice of All Claims and All Parties (Stipulation for Dismissal) filed on December 20, 2011 by the parties hereto, and in consideration of the record and files in this case, it is hereby ordered that the Stipulation for Dismissal is approved and this appeal is dismissed with prejudice.

DATED: Honolulu, Hawaii, January 5, 2012.

Associate Judge

---

[1] Considered by: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.